USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                             :

SHAEL CRUZ, on behalf of himself and
all others similarly situated,

                                      Plaintiff,

                   -against-

TAHE OUTDOORS NORTH AMERICA, INC.,

                                      Defendant.
-------------------------------------------------------------------- X

20-CV-5821 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pretrial conference is scheduled for Friday, December 4, 2020, at 10:30 A.M., Dkt. 8;

      IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the initial pretrial conference is adjourned to **Tuesday, December 8, 2020, at 2:00 P.M.**

      IT IS FURTHER ORDERED that due to the rising number of COVID-19 cases in New York City, the initial pretrial conference will be held by telephone. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 5821. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

      The Court reminds the parties that if they have not done so already and by no later than **the end of today, December 2, 2020**, they must meet and confer for at least one hour in a good-faith attempt to settle this case**.** By no later than close of business today, the parties must jointly inform the Court whether they were able to reach a settlement agreement and if not, whether they

believe a referral to mediation or to their assigned Magistrate Judge for a settlement conference would be helpful in bringing this matter to a resolution.  *See* Dkt. 8.

**SO ORDERED.**

**Date:  December 2, 2020**
      **New York, NY**

                        **VALERIE CAPRONI**
                        **United States District Judge**